1  Z. Kathryn Branson, Esq.
   Nevada Bar No. 11540
2  LITTLER MENDELSON, P.C.
   8474 Rozita Lee Avenue
3  Suite 200
   Las Vegas, NV 89113-4770
4  Telephone: 702.862.8800
   Fax No.:    702.862.8811
5  kbranson@littler.com

6  Dominika J. Batten, Esq.
   Nevada Bar No. 12258
7  LITTLER MENDELSON, P.C.
   200 S. Virginia St, 8th Floor
8  Reno, Nevada 89501.1944
   Telephone:   775.348.4888
9  Facsimile:   775.786.0127
   dbatten@littler.com
10
   Attorneys for Defendant
11 SAINT MARY'S MEDICAL GROUP,
   INC., dba SAINT MARY'S REGIONAL
12 MEDICAL CENTER

13
                       UNITED STATES DISTRICT COURT
14                          DISTRICT OF NEVADA

15 KELLIE FLYNN,                              Case No. 3:25-cv-00646-ART-CLB

16        Plaintiff,                          **ORDER GRANTING STIPULATION TO EXTEND TIME FOR**
17 v.                                         **DEFENDANT TO FILE RESPONSIVE PLEADING**

18 SAINT MARY'S MEDICAL GROUP, INC.
   dba SAINT MARY'S REGIONAL MEDICAL          **[FIRST REQUEST]**
19 CENTER; and DOES 1 through 10,

20        Defendants.

21

22        Pursuant to LR IA 6-1 and LR 7-1, Plaintiff KELLIE FLYNN ("Plaintiff") and Defendant

23 SAINT MARY'S MEDICAL GROUP, INC. dba SAINT MARY'S REGIONAL MEDICAL

24 CENTER ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to

25 extend the time for Defendant to file a responsive pleading from the current deadline of December 8,

26 2025, up to and including **December 22, 2025**.

27

28

Such extension is necessary in light of Defendant's counsel recent retention, the additional time needed to investigate the allegations in the Complaint, and the parties' discussion of whether Plaintiff will stipulate to proceed with her claims in her arbitration.

This is the first request for an extension of time to respond to the Complaint in this Court. This request is made in good faith and not for the purpose of delay.

Dated: December 3, 2025

Respectfully submitted,

*/s/ Christopher Rusby*
Christopher Rusby, Esq.
RUSBY LAW, PLLC

Attorneys for Plaintiff
KELLIE FLYNN

Dated: December 3, 2025

Respectfully submitted,

*/s/ Dominika J. Batten*
Z. Kathryn Branson, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON P.C.

Attorney for Defendant
SAINT MARY'S MEDICAL GROUP, INC.
dba SAINT MARY'S REGIONAL MEDICAL CENTER

**IT IS SO ORDERED.**

Dated: December 4, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

2

4913-0732-1725.1 / 096475.1192