Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone: 702.862.8800
Fax No.:   702.862.8811
kbranson@littler.com

Dominika J. Batten, Esq.
Nevada Bar No. 12258
LITTLER MENDELSON, P.C.
200 S. Virginia St, 8th Floor
Reno, Nevada 89501.1944
Telephone:   775.348.4888
Facsimile:    775.786.0127
dbatten@littler.com

Attorneys for Defendant
SAINT MARY'S MEDICAL GROUP,
INC., dba SAINT MARY'S REGIONAL
MEDICAL CENTER

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KELLIE FLYNN, | Case No. 3:25-cv-00646-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |
| v. | |
| SAINT MARY'S MEDICAL GROUP, INC. dba SAINT MARY'S REGIONAL MEDICAL CENTER; and DOES 1 through 10, | **[SECOND REQUEST]** |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff KELLIE FLYNN ("Plaintiff") and Defendant SAINT MARY'S MEDICAL GROUP, INC. dba SAINT MARY'S REGIONAL MEDICAL CENTER ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of December 22, 2025, up to and including **January 12, 2026**.

This extension is necessary due to ongoing discussions between the parties regarding whether Plaintiff will stipulate to proceed with her claims in arbitration and the upcoming holiday season, which impacts scheduling and availability.

This is the second request for an extension of time to respond to the Complaint in this Court. This request is made in good faith and not for the purpose of delay.

Dated: December 15, 2025

Respectfully submitted,

*/s/ Christopher Rusby*
Christopher Rusby, Esq.
RUSBY LAW, PLLC

Attorneys for Plaintiff
KELLIE FLYNN

Dated: December 15, 2025

Respectfully submitted,

Z. Kathryn Branson, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON P.C.

Attorney for Defendant
SAINT MARY'S MEDICAL GROUP, INC.
dba SAINT MARY'S REGIONAL MEDICAL CENTER

**IT IS SO ORDERED.**

Dated:  December 16, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

4924-2772-5953.1 / 096475.1192