UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KELLIE FLYNN,<br><br>        Plaintiff,<br><br>v.<br><br>SAINT MARY'S MEDICAL GROUP, INC.<br>dba SAINT MARY'S REGIONAL MEDICAL<br>CENTER; and DOES 1 through 10,<br><br>        Defendants. | Case No. 3:25-cv-00646-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO STAY CASE<br>AND PROCEED TO ARBITRATION**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff KELLIE FLYNN ("Plaintiff") and Defendant SAINT MARY'S MEDICAL GROUP, INC. dba SAINT MARY'S REGIONAL MEDICAL CENTER ("Defendant") by and through their undersigned counsel, hereby agree and stipulate:

WHEREAS Plaintiff entered into an agreement to arbitrate all disputes arising out of or relating to Plaintiff's employment or termination of employment from Defendant (the "Arbitration Agreement"), and the claims alleged in this action fall within the scope of the Arbitration Agreement, it is hereby stipulated by and between the Parties and ORDERED as follows:

1.      The instant action, in its entirety, shall be stayed and submitted to binding and final arbitration pursuant to the terms of the Arbitration Agreement; and

2.      Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or Defendant's defenses.

Dated: January 12, 2026

Respectfully submitted,


/s/ Christopher Rusby
Christopher Rusby, Esq.
RUSBY LAW, PLLC

Attorneys for Plaintiff
KELLIE FLYNN

Dated: January 12, 2026

Respectfully submitted,


/s/ Dominika J. Batten
Z. Kathryn Branson, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON P.C.

Attorney for Defendant
SAINT MARY'S MEDICAL GROUP, INC.
dba SAINT MARY'S REGIONAL MEDICAL
CENTER

## ORDER

Based on the parties' agreement, the Stipulation to Stay Case and Proceed to Arbitration (ECF No. 12) is granted.

It is further ordered that a status report is due seven (7) days after completion of arbitration.


_____
Anne R. Traum
United States District Judge

DATED: <u>January 14, 2026</u>

2